a contingency, which may or may not happen, cannot be declared on as a note of hand. The instrument must be *payable at all events.*

The propriety of amending, I need not consider, as I am of opinion, no suit can be maintained on the first count for want of a consideration.

I am of opinion judgment ought to be arrested.*

### *The People* v. *Samuel S. Freer.*

A RULE had, in the last term, been granted against the defendant, to show cause on the first day of the present term, why an information should not be filed against him, and no cause having been shown on the day appointed, the rule was made absolute.

*Hoffman* now stated to the court, that the defendant had been prevented by adverse winds, which detained himself, counsel and papers, until after the rising of the court on the first day of the term, and prayed that the rule might be overrated.

---

* After pronouncing the judgment of the court, RADCLIFF, J. observed, that he thought the regular practice was to obtain the certificate of the judge before whom the cause was tried, that the evidence applied only to the count on which it was meant to enter judgment. KENT, J. who tried the cause, said the affidavit of the plaintiffs' attorney was correct, and therefore he deemed it sufficient for the amendment. In this the bench concurred.

*Per Curiam.* It is of course. Take your motion but show cause, on the first non-enumerated day.

### The People of the State of New-York v. Caleb Brown and others.

THIS was an information filed at the direction of the legislature, by the late attorney-general, against the defendants, for an intrusion on certain lands lying in the county of *Otsego.*

The defendants claimed under letters patent, of the 6th *September,* 1770, for 9,200 acres, granted by his Majesty, *George* III. of *Great-Britain, France* and *Ireland,* king, &c. at a quit rent of 2s. 6d. sterling, for every hundred acres. After the usual reservations of mines, and white pine trees, for masts, the grant contained the following proviso: " *Provi-* " *ded,* further, and upon condition also, neverthe- " less, and we do hereby for us, our heirs and suc- " cessors, direct and appoint, that this our present " grant shall be registered and entered on record, " within six months from the date hereof, in our " secretary's office, in our city of *New-York,* in our " said province, in one of the books of patents, " there remaining ; and that a docquet thereof, shall " be also entered in our auditor's office there, for our " said province, and that in default thereof, this our " present grant shall be void and of none effect, any " thing before in these presents contained, to the " contrary, thereof, in any wise notwithstanding."

It was admitted, that no docket of the said letters patent, had been entered in the office of the au-